UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN S. COUGHLIN, an individual, | CASE NO. C21-0699-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RSM US LLP, an Iowa limited liability partnership, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to extend the time to file a response to Plaintiff's complaint (Dkt. No. 8). Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS that Defendant's deadline for filing a response to Plaintiff's complaint is extended from June 3, 2021 to June 11, 2021.

DATED this 3rd day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk