THE HONORABLE TANA LIN

**UNITED STATES DISTRICT COURT**
**WESTER DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| SEAN S. COUGHLIN, | Case No.: 2:21-cv-699-TL |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| RSM US LLP, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Kindly withdraw the appearance of Cody Fenton-Robertson on behalf of Plaintiff Sean Coughlin, who as of this coming Friday, October 21, will no longer be associated with the law firm of Bean Law Group.  Sean Coughlin will continue to be represented by Matthew J. Bean and his firm, Bean Law Group.

DATED the 18th day of October, 2022:

*s/Cody Fenton-Robertson*
Cody Fenton-Robertson, WSBA # 47879
**Bean Law Group**
2200 6th Ave, Suite 500
Seattle, WA 98121
Tele:   (206) 522-0618
cody@beanlawgroup.com
*Attorney for Sean Coughlin*

NOTICE OF WITHDRAWAL OF COUNSEL
2:21-cv-699-TL
1

**BEAN LAW GROUP**
2200 Sixth Ave, Suite 500
Seattle, WA 98121
(206) 522-0618