# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| SEAN S. COUGHLIN, an individual, | Case No. 2:21-cv-00699-TL |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY CIVIL TRIAL SCHEDULING ORDER |
| RSM US LLP, an Iowa limited liability partnership, | |
| Defendant. | |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that (1) all pending deadlines in this action are stayed while the parties await action and/or substitution by Sean S. Coughlin's Estate; and (2) the parties will provide an update to the Court on or before Wednesday, March 29, 2023 in accordance with FRCP 25(a).

IT IS SO ORDERED.

Dated: January 24, 2023

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY CIVIL TRIAL SCHEDULING ORDER - 1
Case No. 2:21-cv-00699-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058