UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN S. COUGHLIN, an individual,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>RSM US LLP, an Iowa limited liability partnership,<br><br>　　　　　　　　Defendant(s). | CASE NO. 2:21-cv-00699-TL<br><br>ORDER DENYING STIPULATED MOTION TO SUBSTITUTE PARTY |

　　　　This matter is before the Court on the Parties' Joint Stipulation and Order to Substitute Party. Dkt. No. 28. On December 28, 2022, the Parties filed a notice of the death of named Plaintiff Sean S Coughlin. Dkt. No. 25. The Parties then moved for a stay of proceedings to allow time to determine "whether and how Mr. Coughlin's Estate will proceed following his death and whether a proper party will be substituted within the period provided in FRCP 25." Dkt. No. 26. The Court entered the requested stay and ordered the Parties to file a status update by no later than March 29, 2023. Dkt. No. 27. The Parties now seek to substitute Plaintiff's

surviving widow, Charlene Coughlin, as the appropriate party to proceed as plaintiff in this matter. Dkt. No. 28.

The Court DENIES the Parties request for substitution because they fail to address what, if any, of the deceased Plaintiff's claims survive his death. Substitution of a deceased party is only proper if the party's "claim is not extinguished." Fed. R. Civ. P. 25(a)(1); *see also Stetson v. Washington State Dep't of Corr.*, No. C15-5524 BHS-KLS, 2016 WL 6126029, at *1 (W.D. Wash. Oct. 20, 2016) ("In deciding a motion to substitute under Rule 25(a)(1), a court must consider whether: (1) the motion is timely; (2) the claims pled are extinguished; and (3) the person being substituted is a proper party."). The Court therefore DIRECTS the Parties to refile the motion for substitution in compliance with Rule 25, if appropriate, by **no later than March 29, 2023**.

Dated this 17th day of March 2023.

Tana Lin
United States District Judge

ORDER DENYING STIPULATED MOTION TO SUBSTITUTE PARTY - 2