Hon. Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN S. COUGHLIN, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RSM US LLP, an Iowa limited liability partnership<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:21-cv-00699-TL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY |

**BEFORE THE COURT** is a motion filed by Mr. Patrick J. Coughlin, as personal representative of the estate of Sean S. Coughlin, to substitute himself as the Plaintiff in this action following the death of his brother, Plaintiff Sean S. Coughlin. This matter was submitted for consideration without oral argument. The Court has reviewed the briefing and the record and files herein, and is fully informed.

**THIS MATTER**, having come before the Court on Plaintiff's unopposed Motion to Substitute Parties and [Proposed] Order Granting Plaintiff's Motion, and the Court being fully advised in the premises and having considered the records and filed herein

The motion to substitute party by Patrick J. Coughlin (Dkt. No. 31) is **GRANTED** in full. The Clerk of Court is **DIRECTED** to amend the case caption to indicate that the

Plaintiff is Patrick J. Coughlin, the personal representative of the estate of Sean S. Coughlin, as indicated above.

DATED this 9th day of May 2023.

_____
Tana Lin
United States District Judge